

FILED
AUG 0 6 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> LUIS CAMPOS-GUZMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:14-MJ-00126-BAM <br><br> ORDER OF RELEASE ON THIS CASE |

The above named defendant having been discharged from the proceedings in the above-entitled matter and based on the agreement of the government and defense counsel as noted on the record on August 6, 2014,

IT IS HEREBY ORDERED that the defendant shall be released from custody forthwith in the above-referenced case.

DATED: August 6, 2014

_____
GARY S. AUSTIN
U.S. Magistrate Judge

1